

| 2015AP304–CR | State v. Gerald P. Mitchellt | Grant | 09/11/2017 |
| 2015AP2525–CR | State v. Tydis Trinard Odomt | Grant | 09/12/2017 |
| 2016AP1496 | Federal National Mortgage Association v. Cory Thompson | Grant | 09/12/2017 |

| 2017AP194–CR | State v. Sean M. Barbosa | Denied | 09/11/2017 |
| 2016AP2017–CR | State v. Andre L. Scott | Grant | 09/12/2017 |
| 2017AP1055 | State v. Daniel L. Hanson | Dismiss | 09/15/2017 |

| 2017AP1238–W | Vladimir Walton v. Circuit Court for Racine County | Denied | 09/11/2017 |
| 2017AP902–W | Debradre Jackson v. Paul Kemper | Denied | 09/11/2017 |
| 2017AP1215–W | Garceia Coleman v. Court of Appeals, District I | Denied | 09/11/2017 |

